# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE GREENE,** | : | CIVIL ACTION NO. 1:18-CV-1962 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 18th day of May, 2021, after a bench trial in this matter, and for the reasons set forth in the accompanying memorandum, it is hereby

ORDERED that:

1. Judgment is ENTERED in favor of plaintiff Lorraine Greene and against defendant in the amount of $465,000.00.

2. Any motion for attorney's fees must be made within fourteen (14) days of the date of this order pursuant to Federal Rule of Civil Procedure 54(d).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
